**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7223**

WRITER'S EMAIL ADDRESS
**thomaspease@quinnemanuel.com**

October 8, 2019

**VIA ECF**

Hon. Brian Martinotti
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: *Sandoz Inc. and RareGen, LLC v. United Therapeutics Corp. and Smiths Medical ASD, Inc.*, Civ. No. 3:19-cv-10170 (BRM) (LHG)

Dear Judge Martinotti:

We write on behalf of Plaintiffs to provide the two transmittal letters that were delivered to Your Honor today along with:

1) a courtesy copy of Plaintiffs' Motion for Preliminary Injunction and Memorandum of Law in Support, Text of Proposed Order, and Certificate of Service (ECF No. 106), Declaration of Robert Spina (ECF No. 107), Affidavit of Damian deGoa and Attached Exhibits (ECF No. 108), Expert Report of Mohan Rao, Ph.D. (ECF No. 109), Declaration of John M. Collins, Ph.D. (ECF No. 110), Declaration of Dr. David H. Roberts (ECF No. 111), and Declaration of Ethan Glass and Attached Exhibits (ECF No. 112), all of which were filed under seal; and

2) a USB drive containing an electronic, unredacted version of Plaintiffs' Memorandum of Law, which is hyperlinked to the evidence cited therein.

The transmittal letters are enclosed, and we will serve the hyperlinked version of the Memorandum of Law on Defendants under separate cover.

Respectfully submitted,

*/s/ Thomas D. Pease*
Thomas D. Pease

Encls.
cc: All counsel of record (via ECF)

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7223**

WRITER'S EMAIL ADDRESS
**thomaspease@quinnemanuel.com**

October 7, 2019

**VIA MESSENGER – COURTESY COPY OF DOCUMENTS FILED UNDER SEAL**

Hon. Brian Martinotti
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Sandoz, Inc. and RareGen, LLC v. United Therapeutics Corp. and Smiths Medical ASD, Inc.*, Civ. No. 3:19-cv-10170 (BRM) (LHG)

Dear Judge Martinotti:

Pursuant to Your Honor's Judicial Preferences, Plaintiffs enclose courtesy copies of Plaintiffs' Motion for Preliminary Injunction and attached Memorandum of Law in Support, Text of Proposed Order, and Certificate of Service (ECF No. 106); Declaration of Robert Spina In Support of Plaintiffs' Motion For Preliminary Injunction (ECF No. 107); Affidavit in Support filed by All Plaintiffs re 106 Motion for Preliminary Injunction Affidavit of Damian deGoa and Attached Exhibits (ECF No. 108); Exhibit to 106 Motion for Preliminary Injunction Expert Report of Mohan Rao Ph.D. (ECF No. 109); Exhibit to 106 Motion for Preliminary Injunction Declaration of John M. Collins, Ph.D (ECF No. 110); Exhibit to 106 Motion for Preliminary Injunction Declaration of Dr. David H. Roberts (ECF No. 111); and Declaration of Ethan Glass In Support of Plaintiffs' Motion for Preliminary Injunction and Attached Exhibits (ECF No. 112), all of which were filed under seal.

Respectfully submitted,

*/s/ Thomas D. Pease*

Thomas D. Pease

Encls.

cc: All counsel of record (by email and ECF)

**quinn emanuel urquhart & sullivan, llp**
LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7223**

WRITER'S EMAIL ADDRESS
**thomaspease@quinnemanuel.com**

October 7, 2019

**VIA MESSENGER – USB Drive Containing Hyperlinked Copy of Memorandum of Law**

Hon. Brian Martinotti
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:   *Sandoz, Inc. and RareGen, LLC v. United Therapeutics Corp. and Smiths Medical ASD, Inc.*, Civ. No. 3:19-cv-10170 (BRM) (LHG)

Dear Judge Martinotti:

Enclosed is a USB drive that contains an electronic version of Plaintiffs' Memorandum of Law in Support of their Motion for Preliminary Injunction, with hyperlinks to the underlying evidence, all of which was filed under seal. The hyperlinked documents can be navigated using Adobe Reader after "unzipping" the enclosed file on the USB drive.

Respectfully submitted,

*/s/ Thomas D. Pease*

Thomas D. Pease
Encls.
cc: All counsel of record (by email and ECF)

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART