| | |
|---|---|
| **BLANK ROME LLP** | **WILLIAMS & CONNOLLY LLP** |
| *A Pennsylvania LLP* | Edward J. Bennett *(pro hac vice)* |
| Stephen M. Orlofsky | Edward C. Barnidge *(pro hac vice)* |
| Adrienne C. Rogove | Jonathan B. Pitt *(pro hac vice)* |
| New Jersey Resident Partners | C. Bryan Wilson *(pro hac vice)* |
| Michael R. Darbee | 725 Twelfth Street NW |
| 300 Carnegie Center, Suite 220 | Washington, DC  20005 |
| Princeton, NJ  08540 | Telephone: (202) 434-5083 |
| Telephone: (609) 750-2646 | Facsimile: (202) 434-5029 |
| Facsimile: (609) 897-7286 | EBennett@wc.com |
| Orlofsky@BlankRome.com | EBarnidge@wc.com |
| Rogove@BlankRome.com | JPitt@wc.com |
| MDarbee@BlankRome.com | BWilson@wc.com |

*Attorneys for Defendant*
*United Therapeutics Corporation*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sandoz Inc. and RareGen, LLC,<br><br>                             Plaintiffs,<br><br>v.<br><br>United Therapeutics Corporation and Smiths Medical ASD, Inc.,<br><br>                             Defendants. | Civil Action No. 3:19-cv-10170-BRM-LHG<br><br>**DEFENDANTS' NOTICE OF MOTION FOR SANCTIONS**<br><br>**Honorable Brian R. Martinotti, U.S.D.J.**<br><br>**Return Date: November 18, 2019**<br>*Oral Argument Requested* |

1

**TO**: Thomas D. Pease, Esq.
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
51 Madison Avenue, 22nd Floor
New York, NY 10010
(212) 849-7223
thomaspease@quinnemanuel.com
*Attorneys for Plaintiff RareGen, LLC*

Jenny Kramer, Esq.
**ALSTON & BIRD LLP**
90 Park Avenue, 15th Floor
New York, NY 10016
(212) 210-9444
Jenny.Kramer@alston.com
*Attorneys for Plaintiff Sandoz Inc.*

**PLEASE TAKE NOTICE** that on November 18, 2019, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendants United Therapeutics Corporation ("UTC") and Smiths Medical ASD, Inc. ("Smiths"), by and through their undersigned attorneys, shall move before the Honorable Brian R. Martinotti, United States District Judge, United States District Court, District of New Jersey, for an Order in the above-captioned matter, imposing sanctions on Plaintiffs Sandoz Inc. and RareGen, LLC for violating the Court's Stipulated Protective Order, Dkt. No. 55.

**PLEASE TAKE FURTHER NOTICE** that Defendants will rely upon the accompanying Brief, Declaration of Adrienne E. Van Winkle, and Declaration of Christina Fahmy.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

Dated: October 15, 2019

> **BLANK ROME LLP**
> *A Pennsylvania LLP*
>
> */s/ Stephen M. Orlofsky*
> Stephen M. Orlofsky
> Adrienne C. Rogove
> New Jersey Resident Partners
> Michael R. Darbee
> 300 Carnegie Center, Suite 220
> Princeton, NJ 08540
> Telephone: (609) 750-2646
> Facsimile: (609) 897-7286
> Orlofsky@BlankRome.com
> Rogove@BlankRome.com
> MDarbee@BlankRome.com
>
> **WILLIAMS & CONNOLLY LLP**
> Edward J. Bennett (pro hac vice)
> Edward C. Barnidge (pro hac vice)
> Jonathan B. Pitt (pro hac vice)
> C. Bryan Wilson (pro hac vice)
> 725 Twelfth Street NW
> Washington, DC 20005
> Telephone: (202) 434-5083
> Facsimile: (202) 434-5029
> EBennett@wc.com
> EBarnidge@wc.com
> JPitt@wc.com
> BWilson@wc.com
>
> *Attorneys for Defendant*
> *United Therapeutics Corporation*

**KILPATRICK TOWNSEND & STOCKTON LLP**
Frederick L. Whitmer
The Grace Building
1114 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 775-8773
Facsimile:  (212) 775-8821
fwhitmer@kilpatricktownsend.com

Peter M. Boyle (*pro hac vice*)
Patrick J. Pascarella (*pro hac vice*)
Christine E. Fahmy (*pro hac vice*)
607 14th Street NW
Washington, DC  20005
Telephone: (202) 508-5800
Facsimile: (202) 585-0057
pboyle@kilpatricktownsend.com
ppascarella@kilpatricktownsend.com
cfahmy@kilpatricktownsend.com

*Attorneys for Smiths Medical ASD, Inc.*

## **CERTIFICATION OF SERVICE**

I certify that on this date, I caused a copy of the foregoing Notice of Motion for Sanctions, with the accompanying Brief, Declaration of Adrienne E. Van Winkle, Declaration of Christina Fahmy, and proposed form of Order, to be served upon all counsel of record via the Court's ECF system and email.

Dated: October 15, 2019                         */s/ Stephen M. Orlofsky*
                                                STEPHEN M. ORLOFSKY

133176.00608/122072130v.1