# APPENDIX B – PLAINTIFFS' COUNTER-DESIGNATIONS

| Michael Benkowitz, Aug. 5, 2019 | |
|---|---|
| **Defendants' Designations** | **Plaintiffs' Counter Designations** |
| 122:13-123:14 | 123:15-19 |
| 162:3-15 | 162:15-20 |
| 166:13-167:3 | 167:4-15 |

| Damian deGoa, July 31, 2019 | |
|---|---|
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 82:9-23 | 81:14-82:8, 82:24-85:16 |
| 130:24-132:6 | 130:2-20 |
| 253:18-254:21 | 254:22-24 |
| 256:24-258:11 | 258:12-259:24 |
| 260:9-261:2 | 261:4-7, 261:10-20 |
| 336:19-21 | 336:22-23 |
| 375:15-20 | 375:21-22 |

| Richard Donovan, Aug. 2, 2019 | |
|---|---|
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 15:6-17 | 15:18-16:10, 16:12-21, 19:20-20:4 |
| 68:24-69:4 | 69:5-23 |
| 90:13-19 | 90:20-24, 91:1 |
| 110:9-18 | 110:19-22, 110:24 |
| 117:4-15 | 117:15-20 |
| 141:11-12 | 141:13-15 |
| 178:11-21 | 178:22-179:10, 179:12-15 |
| 242:8-12 | 242:13-15 |
| 280:17-23 | 280:8-10, 280:13-16, 280:24-281:2, 281:4 |
| 282:19-24 | 282:25-283:1, 283:4-5 |

| Dr. Eric Gaier, Oct. 2, 2019 | |
|---|---|
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 19:20-20:4, 20:6-20:20 | 21:11-12, 21:14-22, 45:11-18 |
| 124:16 -125:1 | 125:2-5, 125:7-13, 125:15-126:2, 126:4-5, 326:20-327:4, 327:6-8 |
| 135:11-136:14 | 136:15-137:3 |
| 137:13-137:20 | 137:21-138:19, 139:10-14 |
| 139:18-21, 140:1-8, 140:10-18 | 140:20-141:15 |
| 142:18-21, 143:1-9 | 143:15-18, 144:3-5, 144:15-20 |
| 177:3-6, 177:9-14 | 145:12-148:5, 298:2-9, 326:20-327:8 |
| 182:2-4, 182:6-7 | 425:14-426:7 |
| 196:21-197:9 | 198:8-11 |
| 275:17-21, 276:1-8 | 278:3-279:8 |
| 296:6-10, 296:12-14 | 297:13-21 |
| 327:10-13, 327:15-328:1 | 328:2-9, 328:12-13 |
| 360:16-18, 360:20-21 | 425:14-426:7 |
| 393:14-394:8 | 396:5-9, 396:11-22, 397:2 |
| 403:12-15, 403:17-404:11 | 405:9-16 |
| 426:20-427:9 | 326:20-327:4, 327:6-8 |
| **Ross Gencheff, July 25, 2019** | |
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 27:18-22 | 27:23-28:3 |
| 205:24-206:11 | 206:13-208:15 |
| **UTC's 30(b)(6) Representative Kevin Gray, Aug. 5, 2019** | |
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 115:7-15 | 114:15-115:6, 115:16-19 |
| **Dr. Roger Jeffs, Aug. 9, 2019** | |
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 49:19-50:22 | 50:23-53:17 |
| 95:11-96:19 | 96:20-24 |
| 107:14-18 | 107:19-23 |
| 121:9-16 | 121:17-122:11 |
| 227:10-24 | 227:25-229:24 |
| 261:20-262:3 | 264:2-22 |

2

| Scott Moomaw, July 25, 2019 ||
|---|---|
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 162:17-163:4 | 254:16-256:25 |
| Victor Moreira, Aug. 9, 2019 ||
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 37:6-13, 37:15-20, 37:22-38:4 | 45:16-46:2 |
| 91:15-18, 91:20-23, 91:25-92:9, 92:11-15 | 56:14-22, 58:14-59:3 |
| 127:11-14, 127:16-25 | 126:22-127:10, 127:16-129:24 |
| 131:5-18, 131:21-132:12, 132:20-22, 132:24-133:17 | 131:8-133-21, 133:25-135:8, 227:18-228:14, 229:3-6, 229:10-18, 245:14-246:5, 251:15-252:18 |
| 138:2-7, 138:9-16, 138:18-139:10, 139:12-20, 139:23-140:18, 140:20-141:5, 141:13-142:4, 142:6-10, 142:12-14 | 139:19-140:22, 141:16-24 |
| 144:17-145:12, 145:14-21, 145:23-146:8, 146:11 | 147:20-23, 148:6-22 |
| 151:7-11, 151:13-16, 151:23-152:4, 152:6-9 | 152:10-22, 155:24 -157:9 |
| 157:10-14, 158:3-6 | 160:6-17, 241:7-8 |
| 162:6-16, 162:19-22, 162:25-163:15, 163:18-19 | 106:19-107:21, 108:8-109:22 |
| 194:12-15, 195:2-15, 195:18-20, 195:22-23 | 195:24-196-9 |
| 204:2-12, 204:15-23, 205:2-12, 205:19-206:9 | 206:10-207:11 |
| 209:22-210:5, 210:8 | 209:2-8, 210:2-16 |
| 213:11-214:9, 215:15-18 | 216:11-218:14 |
| 218:21-25 | 219:2-9 |
| Additional Rebuttal Evidence: | 117:7-19, 121:3-6 |
| Christopher Quinn, Aug. 1, 2019 ||
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 53:6-15 | 53:17-21 |

3

| Dr. Mohan Rao, Sept. 20, 2019 ||
| --- | --- |
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 32:14-19, 32:21-25 | 32:19-33:16, 87:20-88:3, 98:6-11, 99:21-23 |
| 88:11-21 | 88:22-90:15 |
| 92:17-93:6 | 93:7-20 |
| 99:19-20 | 99:21-23 |
| 184:7-17 | 194:7-16, 194:25-195:6; 195:9-14; 196:2-7 |
| 187:21-23, 187:25-188:15 | 188:15-190:16 |
| 191:17-18, 191:20-192:13 | 194:7-16 |
| 218:22-222:8, 222:10-224:13 | 225:23-227:23 |
| 228:2-15, 228:17-229:11 | 229:13-230:13 |
| **Beth Rhodes, July 24, 2019** ||
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 59:12-60:4 | 65:2-10, 66:2-67:6 |
| 88:19-23 | 88:10-14, 88:24-89:3 |
| 124:24-125:17 | 126:13-17 |
| 165:10-18 | 165:18-167:2 |
| **Dr. David Roberts, Sept. 24, 2019** ||
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 71:3-15 | 72:18-75:11 |

| Robert Spina, Aug. 7, 2019 ||
|---|---|
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 118:13-21, 118:24 -119:5 | 114:14-18, 115:8-118:12, 119:6-21, 120:22-121:5, 121:13-123:6 |
| 145:20-146:4, 146:7-9, 146:12-22, 146:25-147:8, 147:19-23, 148:2-7, 148:10 | 148:11-20, 150:25-151:24, 152:8-153:5, 154:18-156:6 |
| 157:5-6, 157:9-10 | 156:22-157:4, 157:18-158:4, 158:10-16 |
| 224:19-225:24, 226:2-9 | 226:10-227:2 |
| 227:3-21 | 227:22-230:8, 230:14-231:2, 232:8-233:14 |
| 254:12-15 | 253:6-254:4, 254:10-11, 254:16-25, 256:23-257:13 |
| 258:5-10, 258:13-25, 259:4-12, 259:15-18 | 259:29-260:2, 264:14-270:10 |
| **Sandoz Inc.'s 30(b)(6) Representative Robert Spina, Aug. 8, 2019** ||
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 24:9-25:5 | 25:6-15 |
| 29:3-10 | 29:13-30:10 |
| 66:5-10, 66:12-66:67, 66:20-67:7 | 65:25-66:4, 67:8-68:15, 68:23-69:13 |
| 141:8-144:20 | 144:21-146:19 |
| **Sven Toms, July 31, 2019** ||
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 92:3-5 | 92:6-20 |
| 97:15-24 | 94:9-15 |
| 116:21-25 | 117:3 |
| 219:14-21 | 219:22-220:7 |
| 250:5-13 | 248:3-11, 248:16-249:6 |

5

| Sandoz Inc.'s 30(b)(6) Representative Sven Toms, Aug. 1, 2019 ||
| --- | --- |
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 20:16-18 | 19:4-9, 20:10-16, 21:2-5, 46:8-47:19, 50:7-51:7, 52:15-22, 53:3-11, 54:15-55:2, 55:15-19, 55:24-56:19, 60:6-16 |
| 21:6-10 | 6:14-15, 6:20-7:5, 7:24-9:11, 12:13-13:2, 29:22-30:11, 30:19-32:5 |
| 80:17-19 | 82:15-83:10, 83:17-84:6, 84:12-20, 85:13-86:10 |
| **Nathan Walker, July 26, 2019** ||
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 15:3-9 | 15:16-17:21 |
| 56:8-19 | 56:20-25 |
| 63:4-11 | 64:18-25 |
| 74:23-75:12 | 75:14-76:4 |
| 197:3-19, 198:19-200:22-201:4, 201:19-202:23 | 205:19-206:25, 207:8-209:15, 210:7-9, 212:3-218:10 |
| **Dr. Jay Watson, July 26, 2019** ||
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 63:22-24 | 63:19-21 |
| 204:13-205:5 | 205:6-13 |
| 287:22-288:10 | 288:10-21 |
| 300:5-25 | 301:1-5 |
| 303:18-304:6 | 304:7-14 |
| **Dr. Yaping Zhu, July 19, 2019** ||
| **Defendants' Designations** | **Plaintiffs' Counter-Designations** |
| 128:14-18 | 126:14-127:10, 128:2-10 |
| 258:21-259:7 | 259:13-24 |

6