**BLANK ROME LLP**
*A Pennsylvania LLP*
Stephen M. Orlofsky
Adrienne C. Rogove
New Jersey Resident Partners
Michael R. Darbee
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2646
Facsimile: (609) 897-7286
Orlofsky@BlankRome.com
Rogove@BlankRome.com
MDarbee@BlankRome.com

**WILLIAMS & CONNOLLY LLP**
Edward J. Bennett *(pro hac vice)*
Edward C. Barnidge *(pro hac vice)*
Jonathan B. Pitt *(pro hac vice)*
C. Bryan Wilson *(pro hac vice)*
725 Twelfth Street NW
Washington, DC  20005
Telephone: (202) 434-5083
Facsimile: (202) 434-5029
EBennett@wc.com
EBarnidge@wc.com
JPitt@wc.com
BWilson@wc.com

*Attorneys for Defendant*
*United Therapeutics Corporation*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sandoz Inc. and RareGen, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> United Therapeutics Corporation and Smiths Medical ASD, Inc., <br><br> Defendants. | Civil Action No. 3:19-cv-10170-BRM-LHG <br><br> The Honorable Lois H. Goodman, U.S.M.J. <br><br> **NOTICE OF OPPOSED MOTION TO SEAL** <br><br> [Pursuant to Local Civil Rule 5.3] <br><br> **Return Date: December 16, 2019** <br> *Oral Argument Requested* |

**PLEASE TAKE NOTICE** that on December 16, 2019, or as soon

thereafter as counsel may be heard, Defendants United Therapeutics Corporation

("UTC") and Smiths Medical ASD, Inc. ("Smiths Medical," and together with

UTC, "Defendants"), by and through their undersigned attorneys, shall move

before the Honorable Lois H. Goodman, U.S.M.J., United States District Court,

District of New Jersey, for an Order in the above-captioned matter, pursuant to

Local Civil Rule 5.3(c), sealing the following (as further specified in Exhibit A,

accompanying the Declaration of Stephen M. Orlofsky):

1.  ECF No. 106-1: Portions of Plaintiffs' Memorandum in Support of
    their Motion for a Preliminary Injunction;

2.  ECF No. 109: Expert Report of Mohan Rao, Ph.D. in Support of
    Plaintiffs' Motion for Preliminary Injunction;

3.  ECF No. 110: Declaration of John M. Collins, Ph.D. in Support of
    Plaintiffs' Motion for Preliminary Injunction;

4.  ECF No. 112: Certain exhibits appended to the Declaration of Ethan
    Glass in Support of Plaintiffs' Motion for Preliminary Injunction;

5.  ECF No. 122: Portions of Defendants' Brief in Opposition to
    Plaintiffs' Motion for a Preliminary Injunction;

6.  ECF No. 124: Expert Report of Dnyanesh Talpade in Support of
    Defendants' Opposition to Defendants' Motion for a Preliminary
    Injunction;

7.  ECF No. 125:  Expert Report of Eric M. Gaier, Ph.D. in Support of Defendants' Opposition to Defendants' Motion for a Preliminary Injunction;

8.  ECF No. 126:  Portions of the Declaration of Beth Rhodes in Support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction;

9.  ECF No. 127: Portions of the Declaration of Chris Quinn in Support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction;

10. ECF No. 128:  Portions of the Declaration of Carl Stamp in Support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction;

11. ECF No. 129:  Portions of the Declaration of Michael Benkowitz in Support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction;

12. ECF No. 130: Portions of the Declaration of Kevin T. Gray in Support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction;

13. ECF Nos. 131, 132, and 133:  Certain exhibits appended to the Declaration of Edward C. Barnidge in Support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction;

14. ECF No. 136-1:  Amended Exhibit T to Declaration of Edward C. Barnidge in Support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction;

15. ECF No. 137:  Certain exhibits and Appendix A appended to Plaintiffs' Supplemental Evidence in Support of Plaintiffs' Motion for Preliminary Injunction.

**PLEASE TAKE FURTHER NOTICE** that in support of the opposed motion, Defendants will rely upon the accompanying Declaration of Stephen M. Orlofsky.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order containing Findings of Fact and Conclusions of Law is being filed herewith; and

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 5.3(c)(1), no brief is necessary in support of the opposed motion, as the parties do not believe a brief would assist the Court.

Dated: November 15, 2019

| | |
|---|---|
| **BLANK ROME LLP** | **WILLIAMS & CONNOLLY LLP** |
| *A Pennsylvania LLP* | Edward J. Bennett *(pro hac vice)* |
| | Edward C. Barnidge *(pro hac vice)* |
| */s/ Stephen M. Orlofsky* | Jonathan B. Pitt *(pro hac vice)* |
| Stephen M. Orlofsky | C. Bryan Wilson *(pro hac vice)* |
| Adrienne C. Rogove | 725 Twelfth Street NW |
| New Jersey Resident Partners | Washington, DC  20005 |
| Michael R. Darbee | Telephone: (202) 434-5083 |
| 300 Carnegie Center, Suite 220 | Facsimile: (202) 434-5029 |
| Princeton, NJ 08540 | EBennett@wc.com |
| Telephone: (609) 750-2646 | EBarnidge@wc.com |
| Facsimile: (609) 897-7286 | JPitt@wc.com |
| Orlofsky@BlankRome.com | BWilson@wc.com |
| Rogove@BlankRome.com | |
| MDarbee@BlankRome.com | |

*Attorneys for Defendant United Therapeutics Corporation*

| | |
|---|---|
| **KILPATRICK TOWNSEND** | **KILPATRICK TOWNSEND** |
| **& STOCKTON LLP** | **& STOCKTON LLP** |
| Frederick L. Whitmer | Peter M. Boyle (*pro hac vice*) |
| The Grace Building | Patrick J. Pascarella (*pro hac vice*) |
| 1114 Avenue of the Americas | Christine E. Fahmy (*pro hac vice*) |
| New York, NY 10036 | 607 14th Street NW |
| Telephone: (212) 775-8773 | Washington, DC 20005 |
| Facsimile: (212) 775-8821 | Telephone: (202) 508-5800 |
| fwhitmer@kilpatricktownsend.com | Facsimile: (202) 585-0057 |
| | pboyle@kilpatricktownsend.com |
| | ppascarella@kilpatricktownsend.com |
| | cfahmy@kilpatricktownsend.com |

*Attorneys for Defendant Smiths Medical ASD, Inc.*

## **CERTIFICATION OF SERVICE**

I certify that on this date, I caused a copy of the foregoing Notice of Opposed Motion to Seal, with the accompanying Declaration of Stephen M. Orlofsky and proposed form of Order, to be served upon all counsel of record via the Court's ECF system.

Dated: November 15, 2019          */s/ Stephen M. Orlofsky*
                                  Stephen M. Orlofsky