# ALSTON & BIRD

90 Park Avenue
New York, NY  10016
212-210-9400 | Fax: 212-210-9444

Jenny Kramer                    Direct Dial: 212-210-9420                    Email: jenny.kramer@alston.com

**Via ECF**

November 19, 2019

Honorable Brian R. Martinotti, U.S.D.J.
U.S. District Court, District of New Jersey
Clark S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08609

Re:   *Sandoz Inc. et al. v. United Therapeutics Corp. et al.*,
       No. 3:19-cv-10170-BRM-LHG (D.N.J.)

Dear Judge Martinotti,

  Pursuant to the Court's November 15 Notice of Hearing on [Dkt. 106] Plaintiffs' Motion for Preliminary Injunction, I am writing to confirm that counsel for each party has acknowledged the hearing set for December 10, 2019, at 11:00 a.m. in Trenton – Courtroom 1.  Counsel for each party has also acknowledged that the Court intends to address Defendants' Motion to Dismiss at this time, and that clients and representatives with full settlement authority must be present.

  So that the parties can be best prepared to address the issues of greatest interest to the Court, would it be possible for us to receive guidance from the Court regarding:

- How much time does the Court have available on Dec. 10?

- Are there topics regarding which the Court is most interested?

- Would the Court like to hear from live witnesses and, if so, any particular witnesses? (If the Court would like to hear live witness testimony, the parties will need to consult with their proposed witnesses to confirm availability.)

Any additional guidance the Court would care to offer would be greatly appreciated.  Also, unless the Court prefers otherwise, the parties will contact courtroom staff during the week of December 2 to coordinate setting up audiovisual equipment for the hearing.

                                                        Sincerely,

                                                        ALSTON & BIRD LLP

                                                        */s/ Jenny Kramer*

                                                        Jenny Kramer

Alston & Bird LLP                                                                                                              www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.

November 19, 2019
Page 2


cc:   Counsel of Record (via ECF and email)