UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE BRIAN R. MARTINOTTI
COURT REPORTER: MEGAN MCKAY-SOULE

DATE OF PROCEEDINGS: 12/10/2019
CIVIL DOCKET #: 19-10170(BRM)

TITLE OF CASE:
Sandoz Inc., et al.,
vs.
United Therapeutics, et al.,

APPEARANCES:
Thomas Pease, Ethan Glass, Peter Calamari & Mike Bonanmo, Esquires for plaintiff, RareGen
Jenny Kramer, Esquire for plaintiff, Sandoz
Matthew Kent, Allison Thompson & Jonathan Parente, Esquires for Sandoz
Andrienne Rogove, Stephen Orlofsky & Michael Darbee, Esquires for United Therapeutics
Frederick Whitmer, Peter Boyle, Gretchen Randall & Meghan Hansen, Esquires for Smiths Medical
Jonathan Pitt, Christopher Berg, Edward Bennett & Sean Douglass, Esquires for United Therapeutics

NATURE OF PROCEEDINGS: ORAL ARGUMENT HELD.
Settlement conference held; case did not settle.
Hearing on plaintiffs' motion for preliminary injunction [doc. No. 106].
Ordered decision reserved.
The Court further directed the parties to file a 5 page closing paper not later than 7 days from today's date.

TIME COMMENCED: 10:55 a.m.
TIME ADJOURNED: 12:35 p.m.
TOTAL TIME: 1 hour 40 minutes

                                              s/Dana Sledge-Courtney
                                                Courtroom Deputy