# BLANKROME

300 Carnegie  Center  | Suite  220 |Princeton, NJ 08540
A Pennsylvania  LLP | Stephen  M. Orlofsky, New  Jersey Administrative  Partner
blankrome.com

| | |
|---|---|
| *Phone:* | *(609) 750-2646* |
| *Fax:* | *(609) 897-7286* |
| *Email:* | *orlofsky@blankrome.com* |

December 12,  2019

**VIA ECF**
Hon. Lois  H. Goodman
United  States Magistrate  Judge
United  States District  Court for the District  of New Jersey
Clarkson  S. Fisher  Building  & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

> **Re:    Sandoz, Inc. and RareGen, LLC v. United Therapeutics Corporation
> and Smiths Medical ASD, Inc., Civil Action No. 3:19-cv-10170 (BRM) (LHG)**

Dear Judge Goodman:

On behalf of Defendants United Therapeutics Corporation  and Smiths Medical ASD,
Inc., we write with regard to Defendants' pending Opposed Motion  to Seal ("the Motion"),
which seeks to seal and redact several docket entries related to the parties' briefing  on Plaintiffs'
Motion  for Preliminary  Injunction.  (See ECF No. 151).

At the hearing held on December 10, 2019 before Judge Martinotti,  the parties modified
their positions  on confidentiality.   In light of those positions,  Defendants wish to narrow
significantly  the scope of their sealing request. Accordingly,  Defendants intend to submit a
revised Index and proposed redactions to the Court.

Therefore, to avoid wasting judicial resources deciding a sealing or redaction request that
may be moot, Defendants request that the Court adjourn the December 16, 2019 return date to
the next available  return date, which is January 6, 2020.  Based on that new return date,
Defendants will submit their narrower Index and proposed redactions by December 30, 2019. If
this revised schedule meets with Your Honor's approval, Defendants request that the Court "So
Order" this  letter to the docket.

Respectfully  submitted,

*/s/ Stephen M. Orlofsky*
STEPHEN M. ORLOFSKY

BLANKROME

The Honorable Lois H. Goodman, U.S.M.J.
December 12, 2019
Page 2


SMO:
Cc:     Counsel of Record (via ECF)