**BLANK ROME LLP**
*A Pennsylvania LLP*
Stephen M. Orlofsky
Adrienne C. Rogove
New Jersey Resident Partners
Michael R. Darbee
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2646
Facsimile: (609) 897-7286
Orlofsky@BlankRome.com
Rogove@BlankRome.com
MDarbee@BlankRome.com

**WILLIAMS & CONNOLLY LLP**
Edward J. Bennett *(pro hac vice)*
Edward C. Barnidge *(pro hac vice)*
Jonathan B. Pitt *(pro hac vice)*
C. Bryan Wilson *(pro hac vice)*
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5083
Facsimile: (202) 434-5029
EBennett@wc.com
EBarnidge@wc.com
JPitt@wc.com
BWilson@wc.com

*Attorneys for Defendant United Therapeutics Corporation*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| Sandoz Inc. and RareGen, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>United Therapeutics Corporation and Smiths Medical ASD, Inc.,<br><br>Defendants. | Civil Action No. 3:19-cv-10170-BRM-LHG<br><br>The Honorable Lois H. Goodman, U.S.M.J.<br><br>**NOTICE OF OPPOSED MOTION TO SEAL**<br><br>[Pursuant to Local Civil Rule 5.3] |

**PLEASE TAKE NOTICE** that on January 6, 2020, or as soon thereafter as counsel may be heard, Defendants United Therapeutics Corporation ("UTC") and Smiths Medical ASD, Inc. ("Smiths Medical," and together with UTC, "Defendants"), by and through their undersigned attorneys, shall move before the

1

Honorable Lois H. Goodman, U.S.M.J., United States District Court, District of New Jersey, for an Order in the above-captioned matter, pursuant to Local Civil Rule 5.3(c), sealing the following (as further specified in Exhibit A, accompanying the Declaration of Stephen M. Orlofsky):

1. ECF No. 106-1: Portions of Plaintiffs' Memorandum in Support of their Motion for a Preliminary Injunction;

2. ECF No. 109: Expert Report of Mohan Rao, Ph.D. in Support of Plaintiffs' Motion for Preliminary Injunction;

3. ECF No. 112: Certain exhibits appended to the Declaration of Ethan Glass in Support of Plaintiffs' Motion for Preliminary Injunction;

4. ECF No. 122: Portions of Defendants' Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction;

5. ECF No. 124: Expert Report of Dnyanesh Talpade in Support of Defendants' Opposition to Plaintiffs' Motion for a Preliminary Injunction;

6. ECF No. 125: Expert Report of Eric M. Gaier, Ph.D. in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction;

7. ECF No. 126: Portions of the Declaration of Beth Rhodes in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction;

8. ECF No. 127: Portions of the Declaration of Chris Quinn in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction;

9. ECF No. 128: Portions of the Declaration of Carl Stamp in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction;

10. ECF No. 130: Portions of the Declaration of Kevin T. Gray in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction;

11. ECF Nos. 131, 132, and 133: Certain exhibits appended to the Declaration of Edward C. Barnidge in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction;

12. ECF No. 136-1: Amended Exhibit T to Declaration of Edward C. Barnidge in Support of Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction;

13. ECF No. 137:  Certain exhibits and Appendix A appended to Plaintiffs' Supplemental Evidence in Support of Plaintiffs' Motion for Preliminary Injunction.

**PLEASE TAKE FURTHER NOTICE** that in support of the opposed motion, Defendants will rely upon the Declaration of Stephen M. Orlofsky.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order containing Findings of Fact and Conclusions of Law is being filed herewith; and

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 5.3(c)(1), no brief is necessary in support of the opposed motion, as the parties do not believe a brief would assist the Court.

Dated: December 30, 2019

*/s/ Stephen M. Orlofsky*

| **BLANK ROME LLP** | **WILLIAMS & CONNOLLY LLP** |
|---|---|
| *A Pennsylvania LLP* | Edward J. Bennett *(pro hac vice)* |
| Stephen M. Orlofsky | Edward C. Barnidge *(pro hac vice)* |
| Adrienne C. Rogove | Jonathan B. Pitt *(pro hac vice)* |
| New Jersey Resident Partners | C. Bryan Wilson *(pro hac vice)* |
| Michael R. Darbee | 725 Twelfth Street NW |
| 300 Carnegie Center, Suite 220 | Washington, DC 20005 |
| Princeton, NJ  08540 | Telephone: (202) 434-5083 |
| Telephone: (609) 750-2646 | Facsimile: (202) 434-5029 |
| Facsimile: (609) 897-7286 | EBennett@wc.com |
| Orlofsky@BlankRome.com | EBarnidge@wc.com |
| Rogove@BlankRome.com | JPitt@wc.com |
| MDarbee@BlankRome.com | BWilson@wc.com |

*Attorneys for Defendant United Therapeutics Corporation*

**KILPATRICK TOWNSEND
& STOCKTON LLP**
Frederick L. Whitmer
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 775-8773
Facsimile: (212) 775-8821
fwhitmer@kilpatricktownsend.com

**KILPATRICK TOWNSEND
& STOCKTON LLP**
Peter M. Boyle (*pro hac vice*)
Patrick J. Pascarella (*pro hac vice*)
Christine E. Fahmy (*pro hac vice*)
607 14th Street NW
Washington, DC 20005
Telephone: (202) 508-5800
Facsimile: (202) 585-0057
pboyle@kilpatricktownsend.com
ppascarella@kilpatricktownsend.com
cfahmy@kilpatricktownsend.com

*Attorneys for Defendant Smiths Medical ASD, Inc.*

## **CERTIFICATION OF SERVICE**

I certify that on this date, I caused a copy of the foregoing Notice of Opposed Motion to Seal, with the accompanying Declaration of Stephen M. Orlofsky and proposed form of Order, to be served upon all counsel of record via the Court's ECF system.

Dated: December 30, 2019  */s/ Stephen M. Orlofsky*
STEPHEN M. ORLOFSKY