# BLANKROME

300 Carnegie Center | Suite 220 | Princeton, NJ 08540

A Pennsylvania LLP | Stephen M. Orlofsky, New Jersey Administrative Partner
blankrome.com

*Phone:* (609) 750-2646
*Fax:* (609) 897-7286
*Email:* orlofsky@blankrome.com

March 13, 2020

**Via ECF**
Hon. Lois H. Goodman
United States Magistrate Judge
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    **Sandoz, Inc. and RareGen, LLC v. United Therapeutics Corporation and Smiths Medical ASD, Inc., Civil Action No. 3:19-cv-10170 (BM) (LHG)**

Dear Judge Goodman:

      We, along with Williams & Connolly LLP, represent Defendant United Therapeutics Corporation ("UTC") in the above matter. In light of current events related to the COVID-19 virus, we write to request that the Rule 16 conference scheduled for March 27, 2020 at 10:00 a.m., be conducted telephonically. All parties join in this request.

.

      Respectfully submitted,

      */s/ Stephen M. Orlofsky*
      STEPHEN M. ORLOFSKY

SMO:
Cc:    Counsel of Record (via ECF)