UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sandoz Inc. and RareGen, LLC<br><br>*Plaintiffs*,<br><br>vs.<br><br>United Therapeutics Corporation and Smiths Medical ASD, Inc.,<br><br>Defendant. | Civ. Action No.: 3:19-cv-10170-BRM-LHG<br><br>Hon. Brian R. Martinotti<br>Hon. Lois H. Goodman<br><br>**STIPULATION OF DISMISSAL** |

## STIPULATION OF DISMISSAL OF SMITHS MEDICAL ASD, INC.

Plaintiffs Sandoz Inc. and RareGen, LLC ("Plaintiffs") and Defendant Smiths Medical ASD, Inc. ("Smiths"), by and through undersigned counsel, stipulate and agree that Plaintiffs hereby dismiss with prejudice all claims being asserted against Smiths in the above-captioned action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. In support of this stipulation of dismissal, the parties state as follows:

1. Plaintiffs and Smiths have settled, and they seek the dismissal of this action against Smiths with prejudice.

2. This stipulation does not affect the rights or claims Plaintiffs may have against any other defendant in this litigation.

3. Each side shall bear its own costs and attorneys' fees.

WHEREFORE, the parties respectfully request that this Court issue the Proposed Order of Dismissal.

**IT IS SO STIPULATED.**

Dated:  November 13, 2020

Respectfully submitted,

*/s/ Jenny Kramer*
Jenny Kramer
**ALSTON & BIRD LLP**
90 Park Avenue
New York, NY  10016
Telephone: (212) 210-9420
jenny.kramer@alston.com

*Attorney for Plaintiff Sandoz Inc.*

*/s/ Kevin H. Marino*
Kevin H. Marino
**MARINO, TORTORELLA & BOYLE, P.C.**
437 Southern Boulevard
Chatham, NJ 07928-1488
Telephone: (973) 824-9300
kmarino@khmarino.com

*Attorney for Plaintiff RareGen, LLC*

*/s/ Frederick L. Whitmer*
Frederick L. Whitmer
**KILPATRICK TOWNSEND & STOCKTON LLP**
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 775-8773
fwhitmer@kilpatricktownsend.com

*Attorney for Defendant Smiths Medical ASD, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sandoz Inc. and RareGen, LLC<br><br>*Plaintiffs*,<br><br>vs.<br><br>United Therapeutics Corporation and Smiths Medical ASD, Inc.,<br><br>Defendant. | Civ. Action No.: 3:19-cv-10170-BRM-LHG<br><br>**CERTIFICATE OF SERVICE** |

I, Jenny Kramer, Esq., an attorney at Alston & Bird LLP, hereby certify that on this day I caused a copy of the foregoing Stipulation of Dismissal of Smiths Medical ASD, Inc. to be served upon all counsel of record via the Court's ECF system.

Dated: November 13, 2020        */s/ Jenny Kramer*
                                Jenny Kramer

                                *Attorney for Plaintiff Sandoz Inc.*